UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00881
  ANGELA MARIE DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-4216

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/16/2008 and was not confirmed.

    The case was dismissed without confirmation 05/08/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES C | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICA SERVICING COMPAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| US BANK NATIONAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| MICHAEL J KALKOWSKI | NOTICE ONLY | NOT FILED | .00 | .00 |
| GRP FINANCIAL SERVICES C | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES C | MORTGAGE ARRE | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES C | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 25000.00 | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | SECURED NOT I | 8316.86 | .00 | .00 |
| REAL PROPERTIES | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | SECURED NOT I | 22946.16 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 2328.26 | .00 | .00 |
| CHASE BANK USA NA | UNSEC W/INTER | 734.35 | .00 | .00 |
| CLARITHA JENKINS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DAVID LEEPER | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANK OF NEW YORK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED NOT I | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED NOT I | 37175.28 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 2,688.00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,688.00 | |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00881 ANGELA MARIE DAVIS

```
PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    2,688.00
                        ---------------    ---------------
TOTALS                        2,688.00           2,688.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE